## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dwayne Deleston, | Civil No. 12-439 (RHK/SER) |
| Plaintiff, | **ORDER** |
| vs. | |
| Federal Bureau of Prisons, | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 22, 2012

                                                     s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge